(127 So. 240)

### Alfred SEYMORE v. STATE.
#### 4 Div. 481.

Supreme Court of Alabama.

March 20, 1930.

John H. Wilkerson, of Troy, and W. M. Brunson and Owen & Carmichael, all of Elba, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BROWN, J.

Petition of Alfred Seymore for certiorari to the court of appeals to review and revise the judgment and decision of that court in Seymore v. State, 127 So. 239.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.

(127 So. 245)

### Frank JAYE v. STATE.
#### I Div. 595.

Supreme Court of Alabama.

March 20, 1930.

C. L. Hybart, of Monroeville, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

BROWN, J.

Petition of Frank Jaye for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Jaye v. State, 127 So. 244.

Writ denied.

ANDERSON, C. J., and SAYRE and THOMAS, JJ., concur.